UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD WOMACK, | Case No.: 2:23-cv-00557-APG-MDC |
| Plaintiff | **Order Dismissing Plaintiff's Claims Against Unserved Defendants** |
| v. | |
| T. HANF, et al., | |
| Defendants | |

I previously ordered plaintiff Richard Womack to show cause why I should not dismiss his claims against Ted Hanf, Teodoro Manalang, H. Rucker, R. Smith, James, Penny, and Toni, and the Doe defendants for failure to timely serve them. ECF No. 30. I advised Womack that failure to respond to my order by September 19, 2025 would result in his claims against these defendants being dismissed without prejudice for failure to timely serve them. Womack did not respond.

I THEREFORE ORDER that plaintiff Richard Womack's claims against defendants Ted Hanf, Teodoro Manalang, H. Rucker, R. Smith, James, Penny, and Toni, and the Doe defendants are dismissed without prejudice for failure to timely serve them.

I FURTHER ORDER the clerk of court to enter judgment consistent with this order and my order at ECF No. 29 and to close this case.

DATED this 24th day of September, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE